

**BORAH GOLDSTEIN**
ALTSCHULER NAHINS & GOIDEL, P.C.

*Jeffrey C. Chancas*
**Partner**
*JChancas@borahgoldstein.com*
O: (212) 431-1300, Ext. 611

July 18, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/19/2024
```

**Via ECF**

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street – Courtroom 12C
New York, New York 10007-1312

## MEMORANDUM ENDORSED

Re:   Kiran Vuppala v. Taim Restaurant Holdings LLC, Margi
Holding Corp. and 45 Spring Owners Corp.
United States District Court
Southern District of New York
Case No. 24-cv-01742-GHW

Honorable Judge Woods:

This firm represents Defendant 45 Spring Owners Corp. ("45 Spring") in the above-referenced matter. First, 45 Spring and Defendant Taim Restaurant Holdings LLC ("Taim") jointly request a sixty (60) day adjournment of the Initial Pretrial Conference (the "Conference") [Dkt. # 7], from July 25, 2024, at 2:00 p.m. to a date convenient for the Court in late September 2024.

This is the first joint request for an adjournment of the Conference, although Taim requested an adjournment of the Conference by letter motion dated and filed on May 12, 2024 [Dkt. # 13], which the Court granted by Memorandum Endorsed Order dated and entered on May 17, 2024 [Dkt. # 14].

This joint request is with the consent of Taim's counsel and Plaintiff's counsel.

Second, 45 Spring respectfully requests an extension of time to answer, move, or otherwise respond to the Amended Complaint, from the current due date of July 24, 2024, through and including September 20, 2024.

*Manhattan Office* | 377 Broadway ✸ New York, New York ✸ T: (212) 431-1300 ✸ F: (212) 334-0960 ✸ **For delivery of all papers**
*Queens Office* | 108-18 Queens Boulevard ✸ Forest Hills, New York ✸ 11375 ✸ T: (718) 263-6611 ✸ F: (718) 263-8272
**www.borahgoldstein.com**

BORAH GOLDSTEIN
ALTSCHULER NAHINS & GOIDEL, P.C.

Honorable Gregory H. Woods
United States District Judge
July 18, 2024
Page 2 of 3

       This is the 45 Spring's second request to extend its answer deadline and is with the consent of Plaintiff's counsel. The first request was by letter motion dated and filed on June 17, 2024 [Dkt. # 26], which the Court granted by Memorandum Endorsed Order dated and entered on June 17, 2024 [Dkt. # 27].

       Third, 45 Spring respectfully requests an extension of time to answer, move or otherwise respond to the crossclaim (the "Crossclaim") by Defendant Taim against 45 Spring contained in Taim's Answer to the Amended Complaint, from the current due date of July 24, 2024, through and including September 20, 2024.

       This is 45 Spring's second request to extend the time to answer the Crossclaim and is with the consent of Taim's counsel.

       The first request was by letter motion dated and filed on June 21, 2024 [Dkt. # 28], which the Court granted by Memorandum Endorsed Order dated and entered on June 14, 2024 [Dkt. # 29].

       The requests for the extensions of time for 45 Spring to answer the Amended Complaint and the Crossclaim are being made to afford 45 Spring further time to investigate the allegations therein, to respond to the allegations, and for me to discuss the issues with Taim's counsel and with counsel for Margi Holding Corp. ("Margi Holding"), once Margi Holding's counsel files an appearance. These requests do not interfere with any other scheduled dates. The joint request for an adjournment of the Conference is also to allow time for counsel for 45 Spring and Taim to discuss the issues with Margi Holding's prospective counsel.

*Manhattan Office*| 377 Broadway ● New York, New York ● T: (212) 431-1300 ● F: (212) 334-0960 ● **For delivery of all papers**
*Queens Office*| 108-18 Queens Boulevard ● Forest Hills, New York ● 11375 ● T: (718) 263-6611 ● F: (718) 263-8272
**www.borahgoldstein.com**



# BORAH GOLDSTEIN
## ALTSCHULER NAHINS & GOIDEL, P.C.

Honorable Gregory H. Woods
United States District Judge
July 18, 2024
Page 3 of 3

Wherefore, I respectfully request that the Court grant this letter motion.

Thank you.

Respectfully submitted,

*/s/Jeffrey C. Chancas*
JEFFREY C. CHANCAS

JCC

Application granted.  Defendant 45 Spring Owners Corp.'s ("45 Spring") request to adjourn the initial pretrial conference and extend the deadline for 45 Spring to answer or otherwise respond to the amended complaint, Dkt. No. 30, is granted. The initial pretrial conference scheduled for July 25, 2024 is adjourned to September 24, 2024 at 3:00 p.m.  The joint status letter and proposed case management plan described in the Court's March 7, 2024 order are due no later than September 17, 2024.  The deadline for 45 Spring to answer or otherwise respond to the amended complaint is extended to September 20, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 30.

SO ORDERED.

Dated: July 19, 2024
New York, New York

GREGORY H. WOODS
United States District Judge

*Manhattan Office* | 377 Broadway ● New York, New York ● T: (212) 431-1300 ● F: (212) 334-0960 ● **For delivery of all papers**
*Queens Office* | 108-18 Queens Boulevard ● Forest Hills, New York ● 11375 ● T: (718) 263-6611 ● F: (718) 263-8272
**www.borahgoldstein.com**